# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

153917 & (71)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC: 153917
     COA: 325356
     Wayne CC: 14-005108-FC

DAWYNE MATTHEWS ANDREWS,
     Defendant-Appellant.

_____/

     On order of the Court, the motion to amend the application is GRANTED. The application for leave to appeal the April 14, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



t0522

Clerk